IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br>    FINLEY, SR., MARK ANTHONY<br>    FINLEY, TREVA ANTIONETTE<br><br>            Debtor(s). | Case No. **05-30689 WV**<br><br>Chapter 7 |

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

COMES NOW, JOHN D. MASHBURN, Trustee, of the above-captioned bankruptcy matter, pursuant to Rule 3010 Fed. R. Bankr. P. and reports to the Court Clerk the following are dividends in an amount under $5.00 and should be treated in the same manner as unclaimed funds.

| **CLAIMANT** | **AMOUNT** |
|---|---|
| Claim No. 6<br>Arvest Bank<br>c/o Wendy Buzbee<br>P. O. Box 11110<br>Ft. Smith, AR 72917-9921 | $1.07 |
| Claim No. 8<br>American Collection Services<br>3100 S.W. 59th<br>P. O. Box 44069<br>Oklahoma City, OK 73119-1069 | $0.10 |
| Claim No. 9<br>American Collection Services<br>3100 S.W. 59th<br>P. O. Box 44069<br>Oklahoma City, OK 73119-1069 | $1.07 |

Claim No. 10 $1.28
American Collection Services
3100 S.W. 59th
P. O. Box 44069
Oklahoma City, OK 73119-1069

     A check made payable to the U.S. Bankruptcy Court in the total amount of $3.52 has been deposited with the clerk into unclaimed funds.

DATE: November 18, 2009

                         Respectfully submitted,

                         /s/ *John Mashburn*
                         John Mashburn, Trustee
                         Heritage Plaza, Suite 105
                         13800 Benson Road
                         Edmond, OK  73013-6422
                         (405) 286-2600