**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF OKLAHOMA
OKLAHOMA CITY DIVISION

# 320676    -- BM
* * C O P Y * *
March 09, 2010
10:29:47

**UNCLAIMED FUNDS**
**05-30689**
Debtor.: MARK ANTHONY FINLEY
Trustee: John Mashburn, Esq.
Amount.:                $108.78 CH
Check#.: 10116


Total-> $108.78


FROM: JOHN MASHBURN